

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2014

No. 04-14-00020-CR

James **LEGATE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 1998CR6480
Honorable Melisa Skinner, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED.

It is so **ORDERED** on February 12, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2014.

_____
Keith E. Hottle, Clerk